DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

FREDERICK MOSCATO,

Appellant,

v.

JENNIFER A MOSCATO,

Appellee.

No. 2D2024-2094

————————————————

November 21, 2025

Appeal from the Circuit Court for Manatee County; Kevin R. Bruning, Judge.

W. Charles Fletcher of Law Offices of W. Charles Fletcher, Jacksonville, for Appellant.

Susan J. Silverman, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.